**Order entered August 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00757-CV

## IN RE WESLEY JONES, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F22-18807-Y**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's request for temporary relief as **MOOT**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE